■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIO MALAVE, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent. — Appeal dismissed, without costs, on the ground that relator has been released on parole (see *People ex rel. Wilder* v. *Markley,* 26 N Y 2d 648). Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Greenblott, JJ., concur.